THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER A. FILIEY, Appellant. [682 NYS2d 365] —Judgment unanimously affirmed. Memorandum: Because defendant did not move to withdraw his plea under CPL 220.60 (3) or to vacate the judgment of conviction under CPL 440.10, his contention that the plea allocution was insufficient has not been preserved for our review (*see, People v Lopez*, 71 NY2d 662, 665). Nor does defendant's plea allocution qualify for the "rare case" exception to the preservation doctrine (*People v Lopez, supra*, at 666; *see, People v Toxey*, 86 NY2d 725, 726, *rearg denied* 86 NY2d 839).

We conclude that defendant's sentence is neither unduly harsh nor severe. (Appeal from Judgment of Ontario County Court, Harvey, J.—Grand Larceny, 4th Degree.) Present— Green, J. P., Pine, Wisner, Balio and Boehm, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN FELTON, Appellant. [683 NYS2d 454] —Judgment unanimously affirmed. Memorandum: None of the contentions raised by defendant on appeal has been preserved for our review (*see,* CPL 470.05 [2]), and we decline to exercise our power to address those contentions as a matter of discretion in the interest of justice (*see,* CPL 470.15 [6] [a]). (Appeal from Judgment of Supreme Court, Monroe County, Bender, J.—Criminal Possession Weapon, 2nd Degree.) Present—Green, J. P., Pine, Wisner, Balio and Boehm, JJ.